

A